**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EMILIO TAYLOR,

*Plaintiff*

V.

C.A. No. 04-
(R.I. Superior Court – PC04-6351)

CITY OF PAWTUCKET, by and through its Finance Director, RONALD E. WUNSCHEL, TINA GONCALVES, individually and in her official capacity as a police officer employed by the City of Pawtucket, MANNY F. MACIEL, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL CUTE, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL DOLAN, individually and in his official capacity as a police officer employed by the City of Pawtucket, SARGENT MCLAUGHLIN, individually and in his official capacity as a police officer employed by the City of Pawtucket,

05 116 ML

*Defendants*

PETITION FOR REMOVAL

**To:** ***The United States District Court for the District of Rhode Island***

1. Please take notice that the defendants, CITY OF PAWTUCKET, by and through its Finance Director, RONALD E. WUNSCHEL, TINA GONCALVES, individually and in her official capacity as a police officer employed by the City of Pawtucket, MANNY F. MACIEL, individually and in his official capacity as a police officer employed by the City of Pawtucket and MICHAEL CUTE, individually and in his official capacity as a police officer employed by



(2)

the City of Pawtucket, specially appear and state that they are defendants in a civil action filed in the Providence County Superior Court entitled *Emilio Taylor v. City of Pawtucket, et al, C.A. No.PC 04-6351.* Certified copies of the record from the Providence County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, the Summons and Complaint was served on or about February 26, 2005, February 28, 2005, and March 10, 2005.

3. That the above described action, as stated in plaintiffs' complaint, is one of which this court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1331 and is one which may be removed to this court by the defendants pursuant to the provisions of 28 U.S.C. §1441(a)-(d).

WHEREFORE, Defendants hereby specially appear and petition this Court for removal of the above captioned matter in accordance with 28 U.S.C. §1441(a)-(d).

Defendants,
By their attorney,

Marc DeSisto (KMS)

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax 272-9937
E-Mail: marc@desistolaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within was mailed, postage prepaid on this 15th day of March 2005 to:

V. Edward Formisano, Esq.
Sinapi, Formisano & Co., Ltd.
100 Midway Place
Suite 100
Cranston, RI 02920

Laura Souza

# Exhibit A

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDIC SYSTEMS AND SCIENCES DATE 11/30/2004
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2004 6351 TYPE OTHER CIVIL ACTION
TITLE: EMILIO TAYLOR V CITY OF PAWTUCKET
FILING DATE: 11-29-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| CUTE,MICHAEL | DEF | Unknown,Attorney | AOR |
| CITY OF PAWTUCKET | BDF | Unknown,Attorney | AOR |
| DOLAN,MICHAEL | DEF | Unknown,Attorney | AOR |
| GONCALVES,TINA | DEF | Unknown,Attorney | AOR |
| MACIEL,MANNY | DEF | Unknown,Attorney | AOR |
| MCLAUGHLIN,SARGENT | DEF | Unknown,Attorney | AOR |
| TAYLOR,EMILIO | PLF | Formisano,V. Edward | AOR |
| WUNSCHEL,RONALD | DEF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

EMILIO TAYLOR,
Plaintiff,

v.

CITY OF PAWTUCKET,
by and through its Finance Director,
RONALD WUNSCHEL, TINA L. GONCALVES,
individually and in her official capacity as a police officer employed by the City of Pawtucket,
MANNY F. MACIEL, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL CUTE, individually and in his official capacity as a police officer employed by the City of Pawtucket,
MICHAEL DOLAN, individually and in his official capacity as a police officer employed by the City of Pawtucket, SARGENT MCLAUGHLIN, individually and in his official capacity as a police officer employed by the City of Pawtucket,
Defendants

C.A. No. PC 04- 6351

## COMPLAINT

### I. Introduction

This action is brought by the Plaintiff seeking relief for injuries suffered as a result of acts and/or omissions committed by Defendants in violation of the Fourth and Fourteenth Amendments to the United States Constitution, actionable pursuant to 42 U.S.C. §1983, Article I, §6 of the Rhode Island Constitution and common law.

### II. Parties

1. The Plaintiff is a resident of the City of Providence, County of Providence, State of Rhode Island.

2. Defendant City of Pawtucket ("City") is a duly authorized and organized municipality pursuant to the laws of the State of Rhode Island and is sued by and through its

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

OCA
5512

SUPERIOR COURT
FILED
S. KINCH JR., CLERK
2: 17

Finance Director, Ronald Wunschel, the official designated by State Law, R.I.G.L. §45-15-5, to be named in a suit for relief against the City.

3. Defendant Tina L. Goncalves ("Goncalves") is sued individually and in her official capacity as a police officer employed by the City of Pawtucket Police Department.

4. Defendant Manny F. Maciel ("Maciel") is sued individually and in his official capacity as a police officer employed by the City of Pawtucket Police Department.

5. Defendant Michael Cute ("Cute") is sued individually and in his official capacity as a police officer employed by the City of Pawtucket Police Department.

7. Defendant Michael Dolan ("Dolan") is sued individually and in his official capacity as a police officer employed by the City of Pawtucket Police Department.

8. Defendant Sargent McLaughlin ("McLaughlin") is sued individually and in his official capacity as a police officer employed by the City of Pawtucket Police Department.

## III. Jurisdiction

9. The monetary amount claimed herein is sufficient to establish the jurisdiction of the Superior Court.

## IV. Venue

10. Venue is proper in this Court in accordance with R.I.G.L §9-4-3.

## V. Material Facts

11. On or about December 1, 2001, after exiting the Cosmopolitan Club located in Pawtucket, Rhode Island, the Plaintiff was approached by Defendants Goncalves, Maciel, Cute, Dolan and/or McLaughlin and was informed by said Defendant(s) that he was under arrest for disorderly conduct.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

12. Without any provocation and/or resistance whatsoever by the Plaintiff, Defendants Goncalves, Maciel, Cute, Dolan and/or McLaughlin then threw the Plaintiff to the ground.

13. While the Plaintiff was on the ground, Defendants Goncalves, Maciel, Cute, Dolan and/or McLaughlin proceeded to push Plaintiff's face onto the cement and struck Plaintiff's body multiple times causing injuries to his head, face, neck, and upper body.

14. Following the assault, the Plaintiff was arrested, handcuffed, and transported to the Pawtucket Police Department ("Department").

15. The Plaintiff was subsequently charged with disorderly conduct and resisting arrest.

16. After being released from custody, the Plaintiff immediately sought medical treatment for injuries sustained due to the aforementioned assault.

17. On February 4, 2003, a jury trial was conducted in Providence County Superior Court on Plaintiff's charges of disorderly conduct and resisting arrest.

18. At the conclusion of the trial, the jury returned a verdict in favor of the Plaintiff and a judgment of acquittal was thereafter entered.

19. That Defendant City failed to properly select, train, instruct, supervise, and discipline officers in the City Police Department, including Defendants Goncalves, Maciel, Cute, Dolan and McLaughlin, relative to law of search and seizure resulting in the illegal and unlawful search, seizure, arrest and detention of the Plaintiff.

20. That on information and belief, during all relevant time periods, a custom or policy existed in the City Police Department wherein police officers' misconduct was encouraged, ignored, acquiesced to and/or condoned, and to which Defendant City were deliberately indifferent.

21. That Defendant City is liable under the doctrine of <u>respondeat superior</u> for the negligent acts and/or omissions of its agents, including Defendants Goncalves, Maciel, Cute, Dolan

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

and McLaughlin, police officers employed by the City Police Department, whose acts and/or omissions were within the scope of their employment and were the proximate cause of the serious injuries suffered by the Plaintiff. R.I.G.L. §9-31-1.

22. The Defendants knew or should have known that the seizure of the Plaintiff was without reasonable cause and was therefore unlawful under the circumstances. Despite such knowledge, the City, by and through its policy-making officials and agents, approved, ignored, acquiesced to, condoned, intentionally ignored, and/or were deliberately indifferent to the practice of routinely seizing, assaulting, and battering individuals without legal cause, and failed to change or eliminate such unlawful policy.

23. At all relevant times, the Defendants acted negligently, intentionally, willfully, maliciously, and/or with reckless or callous indifference to the Plaintiff's constitutionally protected rights. Furthermore, at all relevant times, the Defendants knew or should have known that their conduct would cause or contribute to the deprivation of Plaintiff's civil rights and cause the Plaintiff great harm.

24. As a proximate result of the Defendants' acts and/or omissions, including but not limited to these described herein, the Plaintiff has suffered, and will continue to suffer, severe physical pain and suffering, severe mental anguish, incur expenses for medical care and treatment, deprivation of his civil rights, and other great damage.

## VI. Claims for Relief

25. The Plaintiff incorporates in the Counts below the allegations contained in ¶¶1–24 above.

## Count One
## Negligence

26. That Defendants, by their individual and concerted acts and/or omissions, including,

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

but not limited to, those described herein, failed or refused to exercise reasonable care to avoid inflicting reasonably foreseeable harm to the Plaintiff, causing the Plaintiff to suffer damages as aforesaid.

**Count Two**
**Assault**

27. That Defendants Goncalves, Maciel, Cute, Dolan and McLaughlin, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, did commit acts of a threatening nature towards the Plaintiff, causing the Plaintiff to reasonably fear imminent bodily harm, thereby committing an assault, causing the Plaintiff to suffer damages as aforesaid.

**Count Three**
**Battery**

28. That Defendants Goncalves, Maciel, Cute, Dolan and McLaughlin, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, did intentionally cause offensive contact with and unconsented touching of the Plaintiff as well as trauma upon the body of the Plaintiff, thereby committing a battery, causing the Plaintiff to suffer damages as aforesaid.

**Count Four**
**False Arrest**

29. That Defendants Goncalves, Maciel, Cute, Dolan and McLaughlin, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, did unlawfully and without cause detain and falsely arrest Plaintiff in violation of state law, causing the Plaintiff to suffer damages as aforesaid.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**Count Five**
**42 U.S.C. §1983**

30. That Defendants, acting under color of state law, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, caused Plaintiff to be illegally searched and seized in derogation of the Plaintiff's constitutional right to be free from unreasonable searches and seizures, causing Plaintiff to suffer damages as aforesaid, and thereby deprived the Plaintiff of rights secured under the Fourth and Fourteenth Amendments of the United States Constitution, actionable pursuant to 42 U.S.C. §1983.

**Count Six**
**Article I, §6 of the Rhode Island Constitution**

31. That Defendants, acting under color of state law, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, caused the Plaintiff to be illegally searched and seized in derogation of the Plaintiff's constitutional right to be free from unreasonable searches and seizures, causing the Plaintiff to suffer damages as aforesaid, and thereby deprived the Plaintiff of rights secured under Article I, §6 of the Rhode Island Constitution.

## VII. Prayers for Relief

**WHEREFORE,** Plaintiff prays that this Court grant the following relief:

1. A declaratory judgment that the Defendants, in the manner described herein, violated the Fourth and Fourteenth Amendments to the United States Constitution and Article I, §6 of the Rhode Island Constitution by causing Plaintiff to be unlawfully seized.

2. An award of compensatory damages.

3. An award of punitive damages.

4. An award of reasonable attorney's fees and costs of litigation to Plaintiff's attorney pursuant to 42 U.S.C. §1988.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

5. Such other and further relief as the Court deems just and proper.

### VII. Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all counts so triable

### IX. Designation of Trial Counsel

Plaintiff hereby designates V. Edward Formisano, Esq., as trial counsel.

PLAINTIFF,
By his Attorneys,
SINAPI, FORMISANO & CO., LTD.

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

Case # (Filled in by Clerk's Office)

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| EMILIO TAYLOR | CITY OF PAWTUCKET, et al. |

**NATURE OF PROCEEDING** - Check the applicable case type under the main categories listed below **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

**CIVIL ACTIONS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | AGA | Agency appeal | ☐ | DPC | Denial of probate claim | ☐ | PRN | Promissory note |
| ☐ | ALA | Alienation of affection | ☐ | EXT | Excessive tax | ☐ | PDM | Property damage |
| ☐ | ANT | Anti-trust | ☐ | INR | Injunctive relief | ☐ | PDV | Property damage-vehicle |
| ☐ | ASB | Assault and battery | ☐ | IPL | Interpleader | ☐ | RLP | Real Property |
| ☐ | BKA | Book account | ☐ | LIB | Libel/slander | ☐ | RIC | Reinstate charter |
| ☐ | CLA | Common law assignment | ☐ | MLE | Malpractice/legal | ☐ | DIN | Recovery of damages/insur. |
| ☐ | CLL | Common law lien | ☐ | MME | Malpractice/medical | ☐ | ROF | Recovery of funds |
| ☐ | CON | Contract | ☐ | MOT | Malpractice/other | ☐ | WOR | Replevin, writ of |
| ☐ | CNV | Conversion | ☐ | WOM | Mandamus, writ of | ☐ | SPP | Specific performance |
| ☐ | CRC | Criminal conversation | ☐ | PRT | Partition | ☐ | TCO | Title clearing (other than tax title |
| ☐ | CIC | Criminal inj compensation | ☐ | PER | Personal injury | ☐ | TAE | Trespass and ejectment |
| ☐ | DOJ | Debt on judgment | ☐ | IDV | Personal inj/property dam-vehicle | ☐ | TRA | Trustee/accounting |
| ☐ | DTP | Deceptive trade practice | ☐ | PIV | Personal injury-vehicle | ☐ | TCT | Trustee/appt convey title |
| ☐ | DEJ | Declaratory judgment | ☐ | PRL | Product liability | ☐ | UNM | Uninsured motorist |
| | | | | | | ☐ | WRD | Wrongful death |

☒ **Other than above (specify type):** Civil Rights Matter

**MISCELLANEOUS PETITIONS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ARA | Arbitration award | | | | | | |
| ☐ | CAR | Arbitration/confirm | ☐ | TLF | Foreclosure/tax lien | ☐ | PFI | Petition for immunity |
| ☐ | RTA | Arbitration/referral | ☐ | FOC | Forfeiture of charter | ☐ | PIN | Pet for inventory (wire tap) |
| ☐ | VAR | Arbitration/ vacate | ☐ | GJI | Grand Jury Investigation | ☐ | PFR | Petition for review |
| ☐ | AOD | Assessment of damages | ☐ | HAC | Habeas corpus | ☐ | PTD | Pet to take deposition |
| ☐ | CND | Condemnation | ☐ | MAW | Material witness | ☐ | PCR | Post conviction relief |
| ☐ | CFC | Confirm compromise | ☐ | MEL | Mechanics lien | ☐ | REC | Receivership |
| ☐ | DOC | Dissolution of corp. | ☐ | OSW | Out of state witness | ☐ | R5A | Rule 5A petition |
| ☐ | EDP | End partnership | ☐ | PFS | Perform surgery | ☐ | TCL | Title clearing (tax title) |
| ☐ | FRR | Foreclosure of right of redemption | ☐ | PFC | Petition for constable | ☐ | AOT | Trustee/appointment of |
| | | | ☐ | PTE | Petition to expunge | ☐ | DOT | Trustee/declination of |
| | | | | | | ☐ | AOS | Trustee/successor |

☐ **Other than above (specify type):**

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

Is this a case that may require a trial for resolution? ☒ yes ☐ no if yes: ☒ jury ☐ non-jury

(attorney name)
V. EDWARD FORMISANO (#5512)
☐ pro se

(date) 11/19/04

S-223 1/94

A True Copy Attest:
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Rec 1255362
CK 18980

# STATE OF RHODE ISLAND
## Superior Court
## RECEIPT

PROVIDENCE/BRISTOL COUNTY
250 Benefit St., Providence, RI
Tel. (401) 222-3235 02903-2794

11/24/04
date received

Sinap Formisano
received from

tel. no.

address

Emilio Taylor vs. City of Pawt
case title

PC-04-6351
case no.

☐ Cash ☑ Check ☐ Money Order

| TRANSACTION TYPE | AMOUNT | |
|---|---|---|
| **Civil Division** | | |
| Civil case filing fee | $ 160 | 00 |
| Execution fee | $ | |
| Copies | $ | |
| | $ | |
| Other: c/c 18980 | $ | |
| | $ | |
| | $ | |
| | | |
| | $ | |
| | $ | |
| | $ | |
| TOTAL | $ 160 | 00 |

125562
recpt. no.

received by

27306

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island