UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMILIO TAYLOR,

*Plaintiff,*

vs.

C.A. No.

CITY OF PAWTUCKET, by and through its Finance Director, RONALD WUNSCHEL, TINA L. GONCALVES, individually and in her official capacity as a police officer employed by the City of Pawtucket, MANNY F. MACIEL, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL CUTE, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL DOLAN, individually and in his official capacity as a police officer employed by the City of Pawtucket, SARGENT MCLAUGHLIN, individually and in his official capacity as a police officer employed by the City of Pawtucket,

*Defendants.*

## ENTRY OF APPEARANCE

I, Marc DeSisto, Esquire (2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, City of Pawtucket, by and through its Finance Director, Ronald Wunschel, Tina L. Goncalves, Manny F. Maciel and Michael Cute.

3

Defendants,
By their Attorneys,

Marc DeSisto (KMD)

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 15th day of March, 2005, to the following:

V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040-fax

Laura Serge