UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMILIO TAYLOR,

*Plaintiff,*

vs.

C.A. No. 05-116 ML

CITY OF PAWTUCKET, by and through its Finance Director, RONALD WUNSCHEL, TINA L. GONCALVES, individually and in her official capacity as a police officer employed by the City of Pawtucket, MANNY F. MACIEL, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL CUTE, individually and in his official capacity as a police officer employed by the City of Pawtucket, MICHAEL DOLAN, individually and in his official capacity as a police officer employed by the City of Pawtucket, SARGENT MCLAUGHLIN, individually and in his official capacity as a police officer employed by the City of Pawtucket,

*Defendants.*

**ANSWER ON BEHALF OF DEFENDANTS, CITY OF PAWTUCKET, RONALD WUNSCHEL, TINA L. GONCALVES, MANNY F. MACIEL AND MICHAEL CUTE**

Now come the defendants, City of Pawtucket, by and through its Finance Director, Ronald Wunschel, Tina L. Goncalves, Manny F. Maciel and Michael Cute and answer the plaintiff's complaint as follows:

1. These defendants deny the allegations made against them in that part of the plaintiff's complaint entitled "introduction."

2. These defendants admit the allegations contained in Paragraphs 1, 2, 3, 4, 5, 7 and 8 of that portion of the plaintiff's complaint entitled "parties."

4

3. These defendants make no response and leave plaintiff to his proof of same regarding the allegations contained in Paragraphs 9 and 10 of those portions of the plaintiff's complaint entitled "jurisdiction" and "venue."

4. These defendants deny the allegations contained in Paragraphs 11, 12, 13, 14, 16, 19, 20, 21, 22, 23 and 24 of that portion of the plaintiff's complaint entitled "material facts."

5. These defendants admit the allegations contained in Paragraphs 15, 17 and 18 of that portion of the plaintiff's complaint entitled "material facts."

6. These defendants deny the allegations contained in Paragraph 25 of that portion of the plaintiff's complaint entitled "claims for relief."

7. These defendants deny the allegations contained in Paragraph 26 of Count 1 of the plaintiff's complaint.

8. These defendants deny the allegations contained in Paragraph 27 of Count 2 of the plaintiff's complaint.

9. These defendants deny the allegations contained in Paragraph 28 of Count 3 of the plaintiff's complaint.

10. These defendants deny the allegations contained in Paragraph 29 of Count 4 of the plaintiff's complaint.

11. These defendants deny the allegations contained in Paragraph 30 of Count 5 of the plaintiff's complaint.

12. These defendants deny the allegations contained in Paragraph 31 of Count 6 of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all common law and statutory immunity afforded to each as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of damages in this matter.

### FIFTH AFFIRMATIVE DEFENSE

These defendants plead the statute of limitations as a bar to the within complaint.

### SIXTH AFFIRMATIVE DEFENSE

These defendants hereby plead failure to state of cause of action against the named defendants in their individual capacities.

### SEVENTH AFFIRMATIVE DEFENSE

These defendants plead legal justification as a bar to the within complaint.

**These defendants demand trial by jury.**

Defendants,
By their Attorneys,

Marc DeSisto (kmw)

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 15th day of March, 2005, to the following:

V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040-fax

Laura Serra