**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMILIO TAYLOR,** <br> **Plaintiff,** | : <br> : | |
| **v.** | : <br> : | **C.A. No. 05-116ML** |
| **CITY OF PAWTUCKET, *et al.*,** <br> **Defendants** | : <br> : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned, **LOUISE A. HERMAN, ESQ.**, of Sinapi, Formisano & Company, Ltd., and does hereby enter her appearance on behalf of the Plaintiff.

Respectfully Submitted,
Sinapi, Formisano & Company, Ltd.

Dated: April 26, 2005

Louise A. Herman (#6430)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

TO: Marc Desisto, Esq.
DESISTO LAW
211 Angell Street
Providence, RI 02906

I hereby certify that a true copy of the within was mailed to the above-named this 4-26 day of April, 2005.

5