**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMILIO TAYLOR,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-116ML** |
| | : | |
| **CITY OF PAWTUCKET, et al.,** | : | |
| **Defendants** | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's Pretrial Order, as set forth below.

The close of discovery is currently scheduled to occur on November 4, 2005, with the deadline for filing dispositive motions to occur on or before November 18, 2005, and with pretrial memoranda due on December 5, 2005.

The parties have made progress in discovery, including exchanging document requests and written discovery. However, to date, no depositions of the parties or third-party witnesses has occurred.

The parties have made good faith efforts to complete discovery, but based on the detailed nature of the discovery sought, the nature of the claims and the press of business, additional time for discovery is necessary and warranted.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on January 4, 2006, and pretrial memoranda due on February 6, 2006 and the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Granted. Mary M. Lisi USDJ 10/27/05

Respectfully Submitted,
Plaintiff,
By his Attorney,

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

Marc DeSisto (MD)

Marc DeSisto(2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401)272-4442
(401)272-9937 (facsimile)