UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMILIO TAYLOR,<br>*Plaintiff,*<br>vs.<br>CITY OF PAWTUCKET, ET AL.,<br>*Defendants.* | C.A. No. 05-116 ML |

# DEFENDANTS' MOTION TO DISMISS

Now come the defendants, City of Pawtucket, by and through its Finance Director, Ronald E. Wunschel, Tina Goncalves, Manny Maciel, Michael Cute, Michael Dolan and Sergeant McLaughlin and move to dismiss the above captioned matter for the plaintiff's failure to attend his deposition and to otherwise prosecute this matter. Defendants rely on their memorandum of law attached and incorporated herein.

Defendant,
City of Pawtucket,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 5th day of January, 2006, to the following:

V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040-fax

Laura Soya

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMILIO TAYLOR,<br>*Plaintiff,*<br>vs.<br>CITY OF PAWTUCKET, ET AL.,<br>*Defendants.* | C.A. No. 05-116 ML |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants have filed a motion to dismiss because the plaintiff has failed to attend his deposition and/or to otherwise prosecute this matter. Plaintiff's counsel has admirably and candidly confirmed that the plaintiff cannot be located. Plaintiff's deposition was scheduled four times, the last time being December 12, 2005. Discovery on this matter closed on January 4, 2006.

Defendants respectfully request dismissal for the plaintiff's failure to attend his deposition and to otherwise prosecute this matter.

C.A. No. 05-116 ML

Defendant,
City of Pawtucket,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 5th day of January, 2006, to the following:

V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040-fax

Laura Sayer