**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMILIO TAYLOR,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-116ML** |
| **CITY OF PAWTUCKET, et al.,** **Defendants** | : | |

**MOTION TO WITHDRAW**

Now comes the Attorney for the Plaintiff, and hereby requests that this Honorable Court allow him to withdraw as counsel for the Plaintiff based upon the reasons cited in the attached affidavit.

Respectfully Submitted,

Dated: January 6, 2006

V. Edward Formisano (5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

TO: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Emilio Taylor
220 California Ave., Apt. 2
Providence, RI 02905

The undersigned hereby certifies that a true copy of the within document was caused to be mailed, postage prepaid, to the above-referenced this the 6 day of January, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMILIO TAYLOR,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-116ML** |
| | : | |
| **CITY OF PAWTUCKET, et al.,** | : | |
| **Defendants** | : | |

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW**

I, V. Edward Formisano, counsel for the Plaintiff do hereby state under oath as follows:

1. That I am the attorney of record for the Plaintiff in the above-referenced matter.

2. That the Plaintiff's last known address is 220 California Ave., Apt. 2, Providence, RI 02905.

3. That the Plaintiff has failed and/or refused to respond to requests to contact counsel.

4. That counsel has made every effort to ascertain the whereabouts of the Plaintiff.

5. That on information and belief, the Plaintiff has left the area without notifying counsel.

6. That Plaintiff's refusal to contact counsel and to otherwise participate in the litigation of this matter has made the continuation of an effective attorney-client relationship impossible.

7. That the Plaintiff is not in the military service of the United States as defined by the Soldiers' and Sailors' Relief Act of 1940, as amended by the Servicemembers Civil Relief Act of 2003.

8. That the Plaintiff has been notified by regular and certified mail of the pendency of the undersigned's motion to withdraw.

V. Edward Formisano (5512)

Subscribed and sworn to me this 6th day of January, 2006.

Notary Public

Expires: 11/24/07