# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**EMILIO TAYLOR**

**Vs.** **C.A. N0. 05-116ML**

**CITY OF PAWTUCKET,
RONALD WUNSCHEL, Finance Director
of the City of Pawtucket, TINA GONCALVES,
MANNY F. MACIEL, MICHAEL F. CUTE, MICHAEL
J. DOLAN AND SERGEANT MCLAUGHLIN, individually
and in their capacity as police officers for the City of Pawtucket**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, City of Pawtucket, Ronald Wunschel, Tina Goncalves, Manny F. Maciel, Michael F. Cute, Michael J. Dolan and Sergeant McLaughlin, against the plaintiff, Emilio Taylor, pursuant to the Memorandum and Order dated January 27, 2006 GRANTING Defendants' Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: January 27, 2006